IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 7:08-935-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $22,420.00 IN UNITED STATES CURRENCY, | ) ) ) | ORDER FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT |
| Defendant. | ) ) | |

This *in rem* forfeiture action was initiated through a Complaint filed on March 19, 2008. It concerns the $22,420.00 in United States Currency, which was seized on November 13, 2007, by a Deputy with the Duncan Police Department, which seizure was subsequently adopted by the United States Drug Enforcement Administration. The Complaint alleges that the $22,420.00 in United States currency constitutes or is traceable to proceeds furnished or intended to be furnished in exchange for controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846; or was used or intended to be used to facilitate such offenses, and the said property is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appears that no person has filed herein a verified statement of interest or served or filed an answer. It further appears that a copy of the Complaint and Notice of Judicial Forfeiture Action, among other documents, were served upon Amanda Mock, Aaron Richards, and Jennifer Coley, the only known potential claimants; that publication has been

lawfully made in this matter; and, that lawful notice was given accordingly. The Court finds and concludes as follows:

1. That process was lawfully executed in this action and returned according to law;

2. That the $22,420.00 in United States Currency was lawfully arrested by the United States Marshals Service pursuant to the Warrant of Arrest and Notice *in Rem* issued by this Court;

3. That public notice of this action and of the arrest of the $22,420.00 in United States Currency was lawfully made in a newspaper having general circulation in this District;

4. That Amanda Mock, Aaron Richards, and Jennifer Coley, the only known potential claimants, have received notice of execution of process in this action;

5. That Amanda Mock, Aaron Richards, and Jennifer Coley have failed to file a claim and an answer in this action as required by Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions;

6. That no person has filed herein any verified claim or answer within the time fixed by law; and

7. That the allegations of the Complaint for Forfeiture *in Rem* are taken as admitted.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.All persons claiming any right, title or interest in or to the $22,420.00 in United States currency, including Amanda Mock, Aaron Richards, and Jennifer Coley, are hereby held in default.

2.The Clerk of Court shall enter default against Amanda Mock, Aaron Richards, Jennifer Coley, and other all interested persons who have or may claim an interest in the Defendant Property.

3.Default judgment shall be entered by the Clerk of Court against the Defendant Property and in favor of the United States.

4.Pursuant to 21 U.S.C. § 881(a)(6), the $22,420.00 in United States Currency is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

5.Clear title in and to the $22,420.00 in United States Currency is vested in the United States of America, and no other right, title or interest exists therein.  All other claims in the $22,420.00 in United States currency are hereby forever foreclosed and barred.

6.The $22,420.00 in United States Currency  forfeited herein shall be disposed of by the United States in accordance with law.

IT IS SO ORDERED.

___s/ Henry F. Floyd_____
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE
Spartanburg, South Carolina

 September 9, 2008