AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

United States of America

vs.

$22,420.00 in United States Currency

**JUDGMENT IN A CIVIL CASE**

Case Number: 7:08-935-HFF

**[X]**  **Decision by Court.**  This action came before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED AND DECREED** that defendants Amanda Mock, Aaron Richards, Jennifer Coley and $22,420.00 are in default,  and that the plaintiff United States of America is entitled to the entry of a judgment by default.

LARRY W.  PROPES, Clerk

By: **s/Angela Lewis**
Deputy Clerk

September 9, 2008